United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-04186 |
| § | |
| JAMES SEAN ANDERSON, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

After considering Plaintiff BMO Harris Bank N.A.'s motion for entry of default judgment against Defendants Consumer Mortgage Company, Carplex Motors, LLC, and James Sean Anderson, the previously entered default orders, the affidavits, and other evidence on file,

It is Hereby ORDERED:

1. That judgment is entered against Consumer Mortgage Company, Carplex Motors, LLC, and James Sean Anderson jointly and severally, in the amount of $15,874,509.73, in addition to further accruing interest, costs, and attorneys' fees.

It is so ORDERED.

SIGNED on September 14, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge